JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUILLERMO ANTONIO PASOS HERNANDEZ,

Petitioner,

v.

WARDEN OF ADELANTO DETENTION FACILITY, *et al.*,

Respondents.

Case No. 5:26-cv-00371-FLA (SP)

**JUDGMENT**

Pursuant to the Order Accepting and Adopting in Part Report and Recommendation of United States Magistrate Judge, the court DENIES Petitioner Guillermo Antonio Pasos Hernandez's ("Petitioner," A# 201-471-255) Petition for Writ of *Habeas Corpus* (Dkt. 1) and ENTERS Judgment in Respondents' favor.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 2, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge